**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Elizabeth Lillian Powell <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1483 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |
| United States Bankruptcy Court | Northern District of Mississippi | |
| Case number: | 25-10594–SDM | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Elizabeth Lillian Powell
aka Elizabeth Powell

7/11/25            **By the court:** Selene D. Maddox
                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-10594-SDM |
| Elizabeth Lillian Powell | Chapter 7 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 3 |
| Date Rcvd: Jul 11, 2025 | Form ID: 318 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth Lillian Powell, 1057 Baskin Dr, Greenville, MS 38703-6504 |
| 4522778 | + | Plusfinance, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4522761 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 11 2025 23:29:30 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 4522762 | + | Email/Text: bk@avant.com | Jul 11 2025 23:18:00 | Avant LLC, Attn: Bankruptcy, 222 W Mechandise Mart Plaza , Ste 900, Chicago, IL 60654-1105 |
| 4522763 | + | Email/Text: rm-bknotices@bridgecrest.com | Jul 11 2025 23:18:00 | Bridgecrest Acceptance Corp, Po Box 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 4541344 | + | EDI: AISACG.COM | Jul 12 2025 03:17:00 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4522765 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jul 11 2025 23:18:00 | CarMax Auto Finance, Attn: Bankruptcy, 1200 Tuckahoe Creek Pkwy, Richman, VA 23238 |
| 4522767 | | Email/Text: cfcbackoffice@contfinco.com | Jul 11 2025 23:18:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 4522764 | + | EDI: CAPITALONE.COM | Jul 12 2025 03:17:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4522766 | + | EDI: CITICORP | Jul 12 2025 03:17:00 | Citi Card, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 4544960 | | EDI: CITICORP | Jul 12 2025 03:17:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 4522768 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 11 2025 23:29:15 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 4540496 | | EDI: DISCOVER | Jul 12 2025 03:17:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 4522769 | + | EDI: DISCOVER | Jul 12 2025 03:17:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 4522770 | + | Email/Text: EBN@edfinancial.com | Jul 11 2025 23:18:00 | EdFinancial Services, Attn: Claims, Po Box 36008, Knoxville, TN 37930-6008 |
| 4522771 | + | EDI: BLUESTEM | Jul 12 2025 03:17:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 4522772 | + | EDI: AMINFOFP.COM | Jul 12 2025 03:17:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 4522773 | + | EDI: PHINGENESIS | Jul 12 2025 03:17:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, |

| District/off: 0537-1 | User: autodocke | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 11, 2025 | Form ID: 318 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| | | | | Beaverton, OR 97076-4401 |
| 4546377 | Email/Text: bankruptcy@huntingtonmgt.com | | Jul 11 2025 23:18:00 | Huntington National Management LLC, PO Box 1158, Hamburg, NY 14075 |
| 4522776 | Email/Text: ml-ebn@missionlane.com | | Jul 11 2025 23:18:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 4522774 | + Email/Text: Mercury@ebn.phinsolutions.com | | Jul 11 2025 23:18:00 | Mercury, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 4522775 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | Jul 11 2025 23:29:32 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 4522777 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | Jul 11 2025 23:18:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 4528454 | EDI: Q3G.COM | | Jul 12 2025 03:17:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 4522779 | + EDI: SYNC | | Jul 12 2025 03:17:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4522780 | + EDI: SYNC | | Jul 12 2025 03:17:00 | Synchrony Bank, Attn: Bankruptcy, Pob 965064, Orlando, FL 32896-5064 |
| 4527847 | + Email/Text: EBN@edfinancial.com | | Jul 11 2025 23:18:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2025                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey A. Levingston | jleving@bellsouth.net MS01@ECFCBIS.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Elizabeth Lillian Powell trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

District/off: 0537-1 User: autodocke Page 3 of 3
Date Rcvd: Jul 11, 2025 Form ID: 318 Total Noticed: 27
TOTAL: 3